## FOURTH DEPARTMENT, MAY, 1941.
### (May 7, 1941.)

In the Matter of the Judicial Settlement of the Accounts of FIRST TRUST AND DEPOSIT COMPANY, as Trustee under the Last Will and Testament of PERCY E. ROCHE, Deceased.— Decree, so far as appealed from, modified on the facts by reducing the allowance for legal services chargeable to the trusts to $5,000, payable one-half from each trust, and, as so modified, affirmed, without costs. All concur. (The portion of the decree appealed from adjudges the amount of the allowance to the attorneys for the trustee.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [See *post*, p. 811.]

HAMELINE Co., INC., Respondent, v. ANDREW WESTON CONSTRUCTION CORP., Appellant.— Order dismissing counterclaims reversed on the law, with ten dollars costs and disbursements, and motion denied, without costs. Order denying defendant's motion to serve an amended answer reversed on the law and motion granted, without costs. All concur, except Taylor and McCurn, JJ., who dissent and vote for affirmance of both orders. (The first order dismisses defendant's counterclaims in an action to recover the amount due for the installation of a temporary heating system. The second order denies defendant's motion to serve an amended answer.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

MARY I. ROGERS, Respondent, v. ASENATH ROGERS and Others, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from denies defendants' motion to dismiss the first and fourth causes of action of the complaint under rules 106 and 107 of the Rules of Civil Practice in an action to construe a trust agreement.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [174 Misc. 841.]

HELEN L. NORTH, Respondent, v. WILLARD T. NORTH, Appellant.— Order modified by inserting a provision permitting both parties to serve such pleadings as they may be advised and directing a new trial, and as so modified, the order is affirmed as a matter of discretion and in the interest of justice, without costs. All concur. (The order grants plaintiff's motion to vacate a judgment of annulment in favor of defendant.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Application of SAMUEL E. HOLMES, Respondent, for an Order Directing the Payment to Him of Certain Funds in the Custody of the COMPTROLLER OF THE STATE OF NEW YORK, Appellant.— Order affirmed, with costs payable out of the fund. All concur. (The order determines the sole heir and directs the State Comptroller to pay him the money in a proceeding to compel payment of funds by State Comptroller.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ROBERT WILSON, INC., Appellant, v. PRINGLE MEMORIAL HOME, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment adjudges defendant to be entitled to possession of disputed premises and dismisses plaintiff's complaint in an ejectment action. The order is the order of dismissal.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.